ESTHER LEHR v. HARRIS SARASON, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure appellant's points to be filed on or before August 1, 1928. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

CALDWELL & COMPANY, INC., Respondent, v. AMERICAN FOREIGN BANKING CORPORATION, Defendant, Impleaded with THE ROYAL BANK OF CANADA, Appellant.— Order, so far as appealed from, affirmed, with ten dollars costs and disbursements, with leave to the defendant The Royal Bank of Canada to answer the seventh, eighth and tenth causes of action within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

BENDOR PRESS, INC., Appellant, v. CORN EXCHANGE BANK, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

HENRY SCHWARTZ and Others, Respondents, v. MAY SHAFF, Appellant. Impleaded, etc.— Judgment, so far as appealed from, and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

FRANK A. REINHARDT, Respondent, v. HORACE L. DAY Co., INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy and Proskauer, JJ.

FLORINDO S. POLO, Appellant, v. UNIVERSAL TRANSPORTATION COMPANY and Others, Respondents.— Judgment and order reversed, with costs, and motion granted restoring the cause to the calendar for trial. It is not shown that the plaintiff will have to rely upon an illegal transaction to make out his cause of action. The disclosures go to the credibility of the plaintiff, and this issue is for the jury. (People v. O'Neil, 109 N. Y. 251, 265; Williams v. D., L. & W. R. R. Co., 155 id. 158; Civ. Prac. Act, § 350.) Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

FLORINDO S. POLO, Appellant, v. UNIVERSAL TRANSPORTATION COMPANY and Others, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

ALVIN G. BRUSH, as Assignee of BRITISH AND COLONIAL KINEMATOGRAPH COMPANY, LTD., Appellant, v. HERBERT BRENON, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH ISAACS and Others, Appellants, Impleaded, etc.— Judgment affirmed, but the sentence reduced to the time already served by each of the defendants. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

FORD RADIO AND MICA CORPORATION, Respondent, v. EQUITABLE RADIO CORPORATION, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

WINDSOR INVESTING CORPORATION, Appellant, v. T. J. MCLAUGHLIN'S SONS, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy and Martin, JJ. [130 Misc. 730.]